UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIA C. THIBAULT, an individual,

    Plaintiff,

v.                                        Case No. 3:16-cv-1395-J-34PDB

TRAVIS M. DAVIS, an individual, JAY N.
CHAMBERS, an individual, and USAA
GENERAL INDEMNITY COMPANY,
a foreign corporation,

    Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Remand (Dkt. No. 5; Motion) filed on November 18, 2016. In the Motion, Plaintiff requests that the Court remand this case to state court. See Motion at 1. Plaintiff represents to the Court that the Motion is unopposed. See id. at 2. Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Unopposed Motion to Remand (Dkt. No. 5) is **GRANTED**.

2. This case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida for all further proceedings.

3. The Clerk of the Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of that court and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of November, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Clerk, Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida